## Amber Furniture Company, Appellee, v. Kessel Brothers Storage Company, Appellant.

### Gen. No. 42,766.

opinion filed May 2, 1944. Milton Kauffman and Raphael Fine, for appellant; Raphael Fine, of counsel; Sidney J. & Arthur Wolf, for appellee; Arthur Wolf, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.